No. 85–5071.  PADRON ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–5072.  HENRY *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 85–5075.  BOWMAN *v.* CINCINNATI MINE MACHINERY CO. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–5076.  BUTLER *v.* McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 85–5077.  PARKER *v.* McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 85–5079.  SAKAL *v.* PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–5080.  SRUBAR ET AL. *v.* DEPARTMENT OF THE TREASURY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85–5081.  GASSETT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85–5083.  JOHNSON *v.* NEW YORK STATE COURT OFFICERS ASSN. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 85–5085.  RABON *v.* BRYAN COUNTY BOARD OF EDUCATION.  Ct. App. Ga.  Certiorari denied.

No. 85–5088.  FAIRLEY *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 85–5089.  BAD FOOT *v.* BOLT, SHERIFF, ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 85–5092.  BROWN *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.